UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **JORGE LUIS HERNANDEZ,** | ) | CV NO. 09-6378-SVW(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| **BEN CURRY,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: April 21, 2011

_____
Stephen V. Wilson
United States District Judge